800 F.2d 1140
 Turner & Newall, Ltd., Bell Asbestos Mines, Ltd., Turner
Asbestos Fibres, Ltd., Brinco Mining Ltd., Asbestos
Corporation, Ltd., Carey Canada, Inc., Johns-Manville Corp.,
Johns-Manville Amiante Canada, Inc., Managing Agent of
Johns-Manville Sales Corp., Huxley Development Corp., GAF
Corporation, Celotex Corporation Inc.
v.
Certainteed Corp., Certain Teed Corp., Special Materials
Inc., Wisconsin Norca Corporation
 NO. 85-1761
 United States Court of Appeals,
Third Circuit.
 JUN 17, 1986
 
 Appeal From: E.D.Pa.,
 Cahn, J.
 
 
 1
 AFFIRMED.